AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1:25-MJ-84 (DJS) |
| CHACON-AREVALO, Jose Arturo aka CHACON-AREBALO, Jose Arturo | ) ) ) ) ) ) ) |
| Defendant. | ) |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 27 2025
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Albany

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of March 27, 2025, in the county of Columbia in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Previously Removed Alien |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

Special Agent James Hamilton
Homeland Security Investigations
Printed name and title

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 3/27/2025

_____
Judge's signature

City and State: Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge
Printed name and title

*Continuation Sheet*
*United States v. Jose Arturo CHACON AREBALO aka Jose Arturo CHACON AREVALO RAMIREZ*

1. On March 27, 2025, at approximately 7:15 A.M., Enforcement and Removal Operations (ERO) Albany conducted a targeted enforcement operation in Hudson, New York and encountered Jose Arturo CHACON AREVALO aka Jose Arturo CHACON-AREBALO (the "defendant") outside his Hudson, New York residence, which is in the Northern District of New York.

2. Deportation Officer ("DO") Timothy Hancox encountered the defendant as he exited his residence after recognizing him as a target of immigration enforcement. DO Hancox was wearing clothing with DHS law enforcement identifiers, and he asked the defendant if his name was "Jose." The defendant responded that he was "Jose Chacon." DO Hancox identified himself as an officer with the United States Department of Homeland Security and asked the defendant if he was in the United States illegally, to which the defendant freely stated that he was unlawfully present in the United States by stating "yes." When encountered, the defendant possessed a valid El Salvador passport in the name of Jose Arturo CHACON-AREVALO. The defendant was advised he was under arrest for his unlawful presence in the United States. The defendant was transported to the HSI/ERO Albany office for further processing by DO Hancox.

3. Upon arrival at the HSI/ERO Albany office, the defendant's biographical information and fingerprints were entered into a Department of Homeland Security databases. Record checks revealed that the defendant is a citizen of El Salvador and that he has been previously deported from the United States. Records show that the defendant, using the name Jose A.R. CHACON-AREBALO, entered the United States without inspection from Mexico into Brownsville, Texas on or about February 25, 2000. On March 15, 2000, the Immigration Court in Houston, Texas ordered Jose A.R. CHACON-AREBALO to be removed from the United States. The defendant, under the name Jose A.R. CHACON-AREBALO, was removed from the United States to El Salvador on April 21, 2000, at Houston, Texas via plane.

4. Based on the foregoing, there is probable cause to believe that the defendant violated 8 U.S.C. §1326(a).

ATTESTED TO BY THE AFFIANT

_____
James Hamilton
Special Agent
Homeland Security Investigations

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on March 27, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
HONORABLE DANIEL J. STEWART
UNITED STATES MAGISTRATE JUDGE